# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No. 14-cr-00175-CKK |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LEWIS J. LEVINE, D.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CONSENTED-TO MOTION REQUESTING SCHEDULING OF COMBINED ARRAIGNMENT AND PLEA HEARING

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully requests this honorable Court to set a combined initial appearance/arraignment and plea hearing in this case for September 9, 2014, at which time the parties expect a disposition of this case through guilty plea. Defense counsel retained in this matter is scheduled to be admitted to this Court on September 8, 2014, and therefore expects to be ready to enter an appearance in this case by September 9th. The defendant and his counsel concur in this motion.[1]

DATED: August 12, 2014                    Respectfully submitted,

                                                                                                                RONALD C. MACHEN JR.
                                                                                                                 UNITED STATES ATTORNEY

                                        By:     /s/  Theodore L. Radway
                                                      Theodore L. Radway (D.C. Bar No. 473034)
                                                       Lionel A. André (D.C. BAR 422534)
                                                       Anthony D. Saler (D.C. Bar No. 448254)
                                                       Dangkhoa Nguyen (D.C. Bar No. 475917)
                                                       Michael Friedman (N.Y. Bar No. 4297461)
                                                       Assistant United States Attorneys
                                                       Fraud and Public Corruption Section
                                                       555 4th Street, N.W.
                                                       Washington, D.C.  20530

---

[1] Because defense counsel is not yet admitted to this Court, this is not being filed as a "joint" motion.

Tel:  202.252.7874  
Fax:  202.252.2599  
Ted.Radway@usdoj.gov  
Lionel.Andre@usdoj.gov  
Anthony.Saler@usdoj.gov  
Michael.Friedman@usdoj.gov  
Dangkhoa.Nguyen@usdoj.gov  

### Certificate of Service

I hereby certify that on the 12${}^{\text{th}}$ day of August, 2014, I caused a copy of this consented-to motion to be served via first class U.S. mail and via email upon defense counsel Michael J. Khouri, Esq., at the Khouri Law Firm, 4040 Barranca Parkway, Suite 280, Irvine, CA 92604, and mkhouri@khourilaw.com.

　　　　　　　　　　　　　　　　　　　　　　　_/s/_ Theodore L. Radway  
　　　　　　　　　　　　　　　　　　　　　　　THEODORE L. RADWAY  
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney